NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071
Fax: (907) 271-1500
email: stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN MANUEL PARRA<br><br>Defendant. | Case No. 3:03-cr-0171-22-JKS-JDR<br><br>**MOTION TO DISMISS INDICTMENT** |

COMES NOW United States of America, by and through undersigned counsel, and moves to dismiss the Indictment, without prejudice, in the above-captioned case, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED this 22nd day of January 2008, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        <u>s/ Stephan A. Collins</u>
        STEPHAN A. COLLINS
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9
        Anchorage, Alaska  99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        email: stephan.collins@usdoj.gov