IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUAN MANUEL PARRA,<br><br>　　　　　Defendant. | Case No.  3:03-cr-0171-22-JKS-JDR<br><br>**[PROPOSED] ORDER TO DISMISS INDICTMENT** |

Having considered the government's Motion to Dismiss Indictment, IT IS HEREBY ORDERED that the government's motion is GRANTED.  The above-captioned indictment is dismissed without prejudice.

IT IS SO ORDERED.

DATED this ____ day of January, 2008, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge