

RECEIVED
JAN 3 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:03-cr-0171-22-JKS-JDR |
| ) | |
| Plaintiff, ) | **ORDER TO** |
| ) | **DISMISS INDICTMENT** |
| vs. ) | |
| ) | |
| JUAN MANUEL PARRA, ) | |
| ) | |
| Defendant. ) | |

Having considered the government's Motion to Dismiss Indictment, IT IS

HEREBY ORDERED that the government's motion is GRANTED. The above-

captioned indictment is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 29 day of January, 2008, at Anchorage, Alaska.

REDACTED

United States Judge