UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
JAN 30 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
) Case No. 3:03-cr-00171-22-JKS
v. )
)
JUAN PARRA, )
)
        Defendant. )
_____)

### JUDGMENT OF DISCHARGE
FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__ The court has granted the motion of the government for dismissal without prejudice;
    ____ The court has granted the motion of the defendant for a Judgment of Acquittal;
    ____ A jury has been waived, and the court has found the defendant NOT GUILTY;
    ____ The jury has returned its verdict, finding the defendant NOT GUILTY;
    ____ (Other reason, or reasons, if any);
of the offense(s) of Conspiracy and Money Laundering as charged in count(s) 1, 47, 57, 59-60, 63, 65, 73, 79-80, 82, 85, 88, 90, 92-99 of the Superseding Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

DATED at Anchorage Alaska, this 29 day of January 2008.

REDACTED SIGNATURE
_____
JAMES K. SINGLETON, JR.
United States District Judge

[~6788889.wpd]{DISCHARG.WPD*Rev.07/03}